# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: _____

Charles Luciano,

    Plaintiff,

The Giving Tree of Denver, LLC,

    Defendant.

## COMPLAINT

For this Complaint, the Plaintiff, Charles Luciano, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Charles Luciano ("Plaintiff"), is an adult individual residing in Arvada, Colorado, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant The Giving Tree of Denver, LLC. ("Giving Tree"), is a Colorado business entity with an address of 2707 W 38th Avenue, Denver, Colorado 80211, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5. Within the last four years, Giving Tree contacted Plaintiff by way of text messages sent to Plaintiff's cellular telephone.

6. At all times mentioned herein, Giving Tree contacted Plaintiff on his cellular telephone using an automated telephone dialing system ("ATDS") and/or by using artificial messages.

7. The text messages advised Plaintiff of Giving Tree's promotions.

8. Plaintiff does not have an account with Giving Tree.

9. Plaintiff has no business relations with Giving Tree and never requested by an agreement or otherwise that he be contacted.

10. Plaintiff never provided his cellular telephone number to Giving Tree and never provided his consent to Giving Tree to be contacted on his cellular telephone.

11. Plaintiff repeatedly replied to Giving Tree's texts with "STOP".

12. Despite Plaintiff's repeated and unequivocal instructions that Giving Tree stop all text messages, Giving Tree continued to place text messages to Plaintiff's cellular telephone.

## COUNT I

## VIOLATIONS OF THE TCPA – 47 U.S.C. § 227, et seq.

13. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. Without prior express consent, Defendant contacted Plaintiff on his cellular telephone using an automatic telephone dialing system ("ATDS") and/or by using artificial messages in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

15. Plaintiff never provided express consent to Defendant to send text messages to his cellular telephone number.

16. Moreover, Plaintiff directed Defendant to cease all text messages to his cellular telephone.

17. The messages from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

18. Defendant sent text messages to Plaintiff's cellular telephone knowing that it lacked consent to send text messages to his cellular telephone number. As such, each text message placed to Plaintiff was made in knowing and/or willful violation of the TCPA and is subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

19. Plaintiff is entitled to an award of $500.00 in statutory damages for each text message in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

20. As a result of each text message made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays that judgment be entered against the Defendant as follows:

 A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

 B. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

 C. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: September 20, 2019

    Respectfully submitted,

    By  */s/ Sergei Lemberg*

    Sergei Lemberg, Esq.
    CT Bar No.: 425027
    LEMBERG LAW LLC
    43 Danbury Road, 3rd Floor
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    E-mail: slemberg@lemberglaw.com
    *Attorneys for Plaintiff*

    <u>Plaintiff:</u>
    Charles Luciano
    11610 West 76th Dr
    Arvada, CO 80005