## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02705-REB-STV

Charles Luciano,
    Plaintiff,
v.

The Giving Tree of Denver, LLC,
    Defendant/3rd Party Claimant,
v.

Text Rewards Program d/b/a/ Full Circle Media, A dissolved Colorado Limited Liability Company
    Third-party Defendants.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 19, 2020

                              Respectfully submitted,

                              By:  */s/ Sergei Lemberg*

                              Sergei Lemberg, Esq.
                              CT Bar No.: 425027
                              LEMBERG LAW LLC
                              43 Danbury Road, 3rd Floor
                              Wilton, CT 06897
                              Telephone: (203) 653-2250
                              Facsimile: (203) 653-3424
                              E-mail: slemberg@lemberglaw.com
                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By  */s/ Sergei Lemberg*
                                                        Sergei Lemberg, Esq.