**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-02705-REB-STV

Charles Luciano,
        Plaintiff,
v.

The Giving Tree of Denver, LLC,
        Defendant/3rd Party Claimant,
v.

Text Rewards Program d/b/a/ Full Circle
Media, A dissolved Colorado Limited Liability
Company
Third-party Defendants.

---

## STIPULATION OF DISMISSAL

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed in its entirety with prejudice and without costs to any party.

Charles Luciano                          The Giving Tree of Denver, LLC


___*/s/ Sergei Lemberg*___              ___*/s/ William Groh*___

Sergei Lemberg, Esq.                     William Groh, Esq.
Lemberg Law, LLC                         Scott Brenner, Esq.
43 Danbury Road, Third Floor             842 W. South Boulder Rd.
Wilton, CT 06897                         Suite #100
Telephone: (203) 653-2250                Louisville, CO 80027
slemberg@lemberglaw.com                  Telephone: (303) 665-9845
*Attorneys for Plaintiff*                *Counsel for The Giving Tree*
                                         *of Denver, LLC*


_____

SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  */s/ Sergei Lemberg*

Sergei Lemberg, Esq.