**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 19-cv-02705-REB-STV

CHARLES LUCIANO,

    Plaintiff,

v.

THE GIVING TREE OF DENVER, LLC,

    Defendant/Third-Party Plaintiff,

v.

TEXT REWARDS PROGRAM d/b/a FULL CIRCLE MEDIA, a dissolved Colorado Limited Liability Company,

    Third-party Defendants

## ORDER OF DISMISSAL

**Blackburn, J.**

    This matter is before is the parties' **Stipulation of Dismissal** [#41],[1] filed October 15, 2020. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the parties' **Stipulation of Dismissal** [#41], filed October 15, 2020, is approved;

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      2.  That all claims are dismissed with prejudice, with each party to pay their own attorney fees and costs; and

      3.  That this case is closed.

Dated October 16, 2020, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge